**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BRIAN GATES,**

               **Plaintiff,**

**-vs-**                                                 **Case No.  6:08-cv-1534-Orl-31KRS**

**UNITED STATES DEPARTMENT OF JUSTICE,**

               **Defendant.**

_____

## ORDER

On September 11, 2008, Magistrate Judge Spaulding entered a Report and Recommendation (Doc. 5), recommending that the Application to Proceed Without Prepayment of Fees (Doc. 2) be DENIED.  Plaintiff filed timely objections to the Report (Doc. 10).  Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge.  It is, therefore

    **ORDERED** that:

    1.    The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

    2.    The Application to Proceed Without Prepayment of Fees (Doc. 2) is **DENIED**; and

    3.    The Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.  On or before October 15, 2008, Gates may file an amended complaint that complies with the requirements set forth in the Report and Recommendation of the Magistrate Judge.  Should Gates choose to file an

amended complaint, he may also file another Application for Leave to Proceed Without Prepayment of Fees.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 25, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party